**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SCOTTY MCCLINA** **PETITIONER**
**#84987**

**V.** **No. 4:26-cv-00974-JM-ERE**

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS** **RESPONDENT**

**ORDER**

On October 1, 2026, United States Magistrate Judge Edie R. Ervin directed Petitioner to file a completed *in forma pauperis* application or pay the filing fee by October 29, 2026. She also warned Petitioner that failure to comply could result in dismissal of the case. *Doc. 2.*

To date, Petitioner has not filed a motion to proceed *in forma pauperis* or paid the filing fee. Accordingly, this case is DISMISSED for failure to prosecute and failure to comply with Local Rule 5.5(c)(2).

IT IS SO ORDERED this 5th of November, 2026.

UNITED STATES DISTRICT JUDGE