**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SCOTTY MCCLINA** **PETITIONER**
**#84987**

**V.** **No. 4:26-cv-00974-JM-ERE**

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS** **RESPONDENT**

**<u>JUDGMENT</u>**

Consistent with today's order, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th of November, 2026

UNITED STATES DISTRICT JUDGE